# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dana Jackson,

      Case No. 19-cv-2392 PJS/ECW

      Plaintiff,

v.                      **ORDER**

Hennepin Hospital,

      Defendant, et al.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 3, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The claims in Plaintiff Dana Jackson's Complaint (Dkt. 1) based on the Americans with Disabilities Act of 1990 are **DISMISSED** without prejudice.

2. The Complaint's claims based on the Health Insurance Portability and Accountability Act are **DISMISSED** with prejudice.

3. The Complaint's remaining claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

4. Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DENIED**.

5. Jackson's Motion Requesting Service Upon Defendants (Dkt. 3) is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:2/3/20                  *s/Patrick J. Schiltz*
                                  PATRICK J. SCHILTZ
                                  United States Magistrate Judge