# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dana Jackson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2392 PJS/ECW |
| Hennepin Hospital, Kelley Marks, Hennepin County Medical Center, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The claims in Plaintiff Dana Jackson's Complaint (Dkt. 1) based on the Americans with Disabilities Act of 1990 are **DISMISSED** without prejudice.

2. The Complaint's claims based on the Health Insurance Portability and Accountability Act are **DISMISSED** with prejudice.

3. The Complaint's remaining claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

4. Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DENIED**.

5. Jackson's Motion Requesting Service Upon Defendants (Dkt.3) is **DENIED** as moot.

Date: 2/4/2020                                                   KATE M. FOGARTY, CLERK

                                                                 s/Cara Kreuziger
                                                                 (By)  Cara Kreuziger, Deputy Clerk